IN THE IOWA DISTRICT COURT IN AND FOR PAGE COUNTY

| | | |
|---|---|---|
| CITY OF ESSEX, IOWA,<br>a Municipal Corporation,<br><br>                                    Petitioner<br>vs.<br><br>Larry C. Glasgo aka Larry Clark Glasgo,<br>deceased<br>811 South Ave.<br>Essex, IA 51638<br><br>Lorna R. Glasgo aka Lorna Rae Glasgo,<br>deceased<br>811 South Ave.<br>Essex, IA 51638<br><br>Secretary of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, D.C. 20410<br><br>ACC 944 LLC<br>Todd Queck, Registered Agent<br>3161 SE 22nd St.<br>Des Moines, IA 50320<br><br>Attorney General<br>Merrick B. Garland<br>US Dept. of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20530-0001<br><br>Sonya Cannon, daughter<br>5106 S. 163rd St.<br>Omaha, NE 68135<br><br>Susan Isaacson, daughter<br>2555 P Ave.<br>Stanton, IA 51573<br><br>Lots 849 and 350 in Original Plat of City of<br>ESSEX, Page County, IA<br>(Address: 811 South Ave. Essex, IA 51638)<br>Tax Parcel 01-26-383-140-000 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. _____<br><br><br>**ORIGINAL NOTICE** |

E-FILED 2023 JAN 04 11:37 AM PAGE - CLERK OF DISTRICT COURT

TO THE ABOVE-NAMED RESPONDENTS:

You are notified that a Petition for Entry of Judgment Awarding Title To Abandoned Property To the City of Essex, IA has been filed in the office of the Clerk of Court naming you as Respondent in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Petitioner is Mahlon L. Sorensen, City Attorney, whose address is 301 Maple Street, PO Box 287, Shenandoah, IA 51601-0287, telephone number 712-246-1924, facsimile 712-246-1925, email mahlonsor@hotmail.com.

You must serve a motion or answer within **20 days** after service of this Original Notice upon you and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Page County, at the county courthouse in Clarinda, IA. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 712-328-5883. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

_____
CLERK OF COURT
Page County Courthouse
Clarinda, IA 51632

## IMPORTANT

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

# Iowa Judicial Branch

*Case No.*    **EQCV105993**

*County*    **Page**

*Case Title*    CITY OF ESSEX VS LARRY CLARK GLASGO ETAL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-5883** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **01/04/2023 11:47:25 AM**



*District Clerk of Court or/by Clerk's Designee of* Page        County
**/s/ Jaime Cox**

E-FILED 2023 JAN 04 11:37 AM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR PAGE COUNTY

| | |
|---|---|
| CITY OF ESSEX, IOWA,<br>a Municipal Corporation,<br><br>               Petitioner<br><br>vs.<br><br>Larry C. Glasgo aka Larry Clark Glasgo, deceased<br>811 South Ave.<br>Essex, IA 51638<br><br>Lorna R. Glasgo aka Lorna Rae Glasgo, deceased<br>811 South Ave.<br>Essex, IA 51638<br><br>Secretary of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, D.C. 20410<br><br>ACC 944 LLC<br>Todd Queck, Registered Agent<br>3161 SE 22nd St.<br>Des Moines, IA 50320<br><br>Attorney General<br>Merrick B. Garland<br>US Dept. of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20530-0001<br><br>Sonya Cannon, daughter<br>5106 S. 163rd St.<br>Omaha, NE 68135<br><br>Susan Isaacson, daughter<br>2555 P Ave.<br>Stanton, IA 51573<br><br>Lots 849 and 350 in Original Plat of City of ESSEX, Page County, IA<br>(Address: 811 South Ave. Essex, IA 51638)<br>Tax Parcel 01-26-383-140-000 | No. _____<br><br>**PETITION FOR ENTRY OF JUDGMENT AND AWARDING TITLE TO ABANDONED PROPERTY AND CONTENTS TO THE CITY OF ESSEX, IOWA** |

E-FILED  2023 JAN 04 11:37 AM PAGE - CLERK OF DISTRICT COURT

COMES NOW the Petitioner in the above-captioned matter and for Petition to Obtain Title to Abandoned Property states as follows, to-wit:

1. The Petitioner is a municipal corporation in the State of Iowa. This action is brought pursuant to Iowa Code Section 657A.10A-B.

2. The Petition herein having been filed by governmental entity, the clerk of the district court is requested to index the petition pursuant to Section 617.10.-11.

3. The property which is the subject matter of this suit is 811 South Ave. Essex, IA and legally described as: Lots 849 and 850 in Original Plat of City of ESSEX, Page County, Iowa.

4. There is situated upon this property a building that is abandoned by Larry Clark Glasgo and Lorna Rae Glasgo within the meaning of Iowa Code Section 657A.1A.through 657A.10 and 657A.10B to-wit:

   a. The property is in the name of Respondents Larry Clark Glasgo and Lorna Rae Glasgo. The property has not been occupied by the said Respondents or anyone else for more than 6 months.

   b. Respondents have failed to secure the property and it is unsafe and an attractive nuisance.

   c. The property is vacant and continues to deteriorate.

   d. The water service has been off with no water provided for months.

5. Respondents Larry Clark Glasgo and Lorna Rae Glasgo appear as titleholders. Both Respondents are deceased. Death ID #1874046 in the Electronic Death Registration System (EDRS) from the Iowa Department of Public Health, accessible on the computer in the Office of the Recorder of Page County, Iowa, shows that Lorna Rae Glasgo died on 29 December 2019, in Page County, Iowa. Death ID #1874046 in the Electronic Death Registration System (EDRS) from the Iowa Department of Public Health, accessible on the computer in the Office of the Recorder of Page County, Iowa, shows that Larry Clark Glasgo died on 19 August 2021, in Page County, Iowa.

6. On December 20, 2022 the City of Shenandoah mailed a Notice to Abate Abandoned Building to the two daughters, Sonya Cannon and Susan Isaacson of Larry Clark Glasgo and Lorna Rae Glasgo. A copy of the letter is attached as Petitioner's Exhibit "A". Respondents Sonya Cannon and Susan Isaacson did not request a hearing before the City Council and have made no effort to set forth an abatement plan. The two daughters are the sole surviving heirs of Larry Clark Glasgo and Lorna Rae Glasgo. These Respondents may claim and interest in the property, but whatever claim they may or may not claim is junior and inferior to the interest of the Petitioner.

7. Respondent The Secretary of Housing and Urban Development may claim an interest in the property via Closed-End Fixed Rate Home Equity Conversion Mortgage Dated 19 April 2011 Filed 29 April 2011 Document No. 20110856 Secures $187,500 Due 9 May 2093 and assigned to the Secretary of Housing and Urban Development, its successors and assigns assigning mortgage recorded as Document No 20110856 Dated 13 September 2019 Filed 21 February 2020 as Document No. 20200405, and Closed-End Fixed Rate Home Equity Conversion Second Mortgage Dated 19 April 2011 Filed 29 April 2011 Document No. 20110857 Secures: $187,500 Due 9 May 2093 covering Lots 849 and 850 in the Original Plat of the Town of Essex, Page County, Iowa. Whatever interest claimed by this Respondent is junior and inferior to the interest of the Petitioner.

8. Respondent ACC 944 LLC may claim an interest in the property but whatever claim they may or may not claim is junior and inferior to the interest of the Petitioner. ACC 944 LLC may claim an interest via Certificate of Purchase at Tax Sale No 2022-00116 issued 20 June 2022 to ACC 944 LLC for total amount of $1,402.00 for second installment of taxes for Fiscal Year 2020-2021 payable in 2021-2022 plus interest and costs.

9. Pursuant to *Iowa Code §657A.10A and 10B*, Petitioner is entitled to judgment awarding title free and clear of any claims, liens, or encumbrances held by the Respondents. This case is an action in rem.

10. The Petitioner is requesting that the Court find that the property has been abandoned and that the Court enter judgment awarding title of the entire property including personal property to the Petitioner free and clear of all liens and encumbrances.

E-FILED  2023 JAN 04 11:37 AM PAGE - CLERK OF DISTRICT COURT

WHEREFORE, Petitioner prays that the Court determine and declare that the Property both real and personal property referenced above has an abandoned property thereon and therein pursuant to *Iowa Code §657A.10A and 10B*; that all parties with an interest in the property referenced above have received proper notice of this Petition and the pendency of this proceeding and that after sixty (60) days have passed Petitioner may request a hearing on this Petition, and that with or without a hearing, the Court enter judgment against the Respondent awarding title to the Property to the Petitioner, the City of Essex, Iowa, free and clear of any claims, liens, or encumbrances held by the Respondent and for such other relief as the Court deems just and equitable and that the Clerk of Court is directed to execute a Certificate of Change of Title showing the City of Essex as the Title Holder to said property fully legally described as Lots 849 and 850 in Original Plat of City of Essex, Page County, IA. (commonly known as 811 South Ave.).

City of Essex, Iowa, Petitioner

By ____*/s/ Mahlon L. Sorensen*____
       Mahlon L. Sorensen, AT0000321
       Attorney for City of Essex, IA
       301 Maple – P.O. Box 287
       Shenandoah, IA 51601
       Telephone: 712-246-1924
       Fax: 712-246-1925

## IMPORTANT

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

Law Office
**Mahlon L. Sorensen**
Attorney at Law
301 Maple St. - P.O. Box 287
Shenandoah, Iowa 51601
Phone:  712-246-1924   mahlonsor@hotmail.com   Fax:  712-246-1925

December 20, 2022

Sonya Cannon and Craig
5106 S. 163rd St.
Omaha, NE 68135

Susan Isaacson and Doug
2555 P Ave.
Stanton, IA 51573

Re:    Notice to Abate Nuisance Property
       811 South Ave. Essex, IA

Essex City Ordinances Chapter 145
Section 145.05 Unsafe Building/Abandoned Building
       5.  Abandoned. Whenever any portion of a building or structure remains on a site after the demolition or destruction of the building or structure or whenever any building or structure is abandoned for a period in excess of 6 months or whenever any building or structure is occasionally occupied, unoccupied, neglected, vacant or without at least one major utility and whenever such occasional occupy, lack of occupy, neglect, vacancy or lack of at least one major utility is such as to constitute such building or portion thereof an attractive nuisance or hazard to the public.

This is not a hostile letter. What we don't want is for the property to just sit there. We want you to either repair and rehab the house or we will take title to the property.

Please review Section 145.05 Unsafe Building. Please review Iowa Code 657A.10 Petition by the City for title to abandoned property. This is a unique code that permits the city to take title to abandoned property without compensation to the titleholder, any mortgage holder or any other liens or encumbrances.

The City will move ahead under 657A.10 and start the procedure to be able to get title to the property.

City Ordinance: 50.08 REQUEST FOR HEARING. Any person ordered to abate a nuisance may have a hearing with the Council as to whether a nuisance exists. A request for a hearing must be made in writing and delivered to the City Clerk on or before January 6, 2023 to be placed on the January 11, 2023 council meeting, or it will be conclusively presumed that a nuisance exists and it must be abated as ordered. The hearing will held before the Council.

You can contact Essex City Hall at 412 Iowa Ave. PO Box 428 Essex, IA 51638. Phone number 712-379-3444.

Petitioner's Exhibit "A"

You are encouraged to take action. If you do not contact the City of Essex with your plan to commence abatement or if you appear before the City Council and fail to persuade the Council, the city will proceed with further action to get abatement compliance.

Sincerely,

Mahlon L. Sorensen
Attorney for the City of Essex, IA

MLS/kas

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Omaha, NE 68135

OFFICIAL USE

| Certified Mail Fee | $4.00 | | 0600 |
| $ | $0.00 | | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here | |
| ☐ Adult Signature Required | $ $0.00 | DEC 20 2022 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.60 | | |
| $ | | 12/20/2022 | |
| Total Postage and Fees | $4.60 | | |

7021 2720 0000 7386 3222

Sent To Sonya Cannon and Craig
Street and Apt. No., or PO Box No. 5106 S. 163rd St.
City, State, ZIP+4® Omaha NE 68135

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Stanton IA 51573

OFFICIAL USE

| Certified Mail Fee | $4.00 | | 0600 |
| $ | $0.00 | | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here | |
| ☐ Adult Signature Required | $ $0.00 | DEC 20 2022 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.60 | | |
| $ | | 12/20/2022 | |
| Total Postage and Fees | $4.60 | | |

7021 2720 0000 7386 3239

Sent To Susan Isaacson and Doug
Street and Apt. No., or PO Box No. 2155 P Ave
City, State, ZIP+4® Stanton IA 51573

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

E-FILED 2023 FEB 08 3:45 PM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR PAGE COUNTY

| | | |
|---|---|---|
| CITY OF ESSEX, IOWA,<br>a Municipal Corporation,<br><br>                                    Petitioner<br>vs.<br><br>Larry C. Glasgo aka Larry Clark Glasgo,<br>deceased<br>811 South Ave.<br>Essex, IA 51638<br><br>Lorna R. Glasgo aka Lorna Rae Glasgo,<br>deceased<br>811 South Ave.<br>Essex, IA 51638<br><br>Secretary of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, D.C. 20410<br><br>ACC 944 LLC<br>Todd Queck, Registered Agent<br>3161 SE 22nd St.<br>Des Moines, IA 50320<br><br>Attorney General<br>Merrick B. Garland<br>US Dept. of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, D.C. 20530-0001<br><br>Sonja Cannon, daughter<br>5106 S. 163rd St.<br>Omaha, NE 68135<br><br>Susan Isaacson, daughter<br>2555 P Ave.<br>Stanton, IA 51573 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. EQCV105993<br><br>**CERTIFICATE OF SERVICE** |

I certify that I mailed a true and correct copy of the Original Notice and Petition of Entry of Judgment Awarding Title to Abandoned Property and Contents to the City of Essex, Iowa on January 4, 2023 to:

Larry C. Glasgo aka Larry Clark Glasgo, deceased
811 South Ave.
Essex, IA 51638

Lorna R. Glasgo aka Lorna Rae Glasgo, deceased
811 South Ave.
Essex, IA 51638

Secretary of Housing and Urban Development
451 Seventh Street, S.W.
Washington, D.C. 20410

ACC 944 LLC
Todd Queck, Registered Agent
3161 SE 22nd St.
Des Moines, IA 50320

Attorney General
Merrick B. Garland
US Dept. of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

Sonja Cannon
5106 S. 163rd St.
Omaha, NE 68135

Susan Isaacson
2555 P Ave.
Stanton, IA 51573

See attached certified mail receipts.

I certify that I posted the property at 811 South Ave. Essex, Iowa with same on January 5, 2023.

Dated this 8th day of February, 2023.

City of Essex, Iowa, Petitioner

By _____*/s/ Mahlon L. Sorensen*_____
          Mahlon L. Sorensen, AT0000321
          Attorney for City of Essex, IA
          301 Maple – P.O. Box 287
          Shenandoah, IA 51601
          Telephone: 712-246-1924
          Fax: 712-246-1925

E-FILED  2023 FEB 08 3:45 PM PAGE - CLERK OF DISTRICT COURT



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Essex, IA 51638                    OFFICIAL USE

Certified Mail Fee  $4.00                    $7.25        0600
$                                                          05
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required         $ $0.00     JAN - 4 2022
☐ Adult Signature Restricted Delivery $
Postage                            $0.60       01/04/2023
$
Total Postage and Fees
$                     $7.85

Sent To  Larry C. Glasgo  Lorna R Glasgo
Street and Apt. No., or PO Box No.  8 H. South Ave
City, State, ZIP+4®  Essex, IA 51638

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0000 7386 3246

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Larry C. Glasgo
Lorna R. Glasgo
8 H. South Ave
Essex IA 51638

9590 9402 7223 1284 9794 77

2. Article Number (Transfer from service label)
7021 2720 0000 7386 3246

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Deceased                    ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail Restricted Delivery      Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

E-FILED  2023 FEB 08 3:45 PM PAGE - CLERK OF DISTRICT COURT

# USPS Tracking®

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®

Washington DC 20410      O F F I C I A L   U S E

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $7.25 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $7.85 |

0600
05

Postmark
Here

4 2022

01/04/2023

Sent To  *Secretary of Housing and Urban Development*
Street and Apt. No., or PO Box No.  *451 Seventh St. SW*
City, State, ZIP+4®  *Washington, DC 20410*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Tracking Number:

## 70212720000073863253

Copy      Add to Informed Delivery (https://informeddelivery.usps.com)

---

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:58 am on January 13, 2023 in WASHINGTON, DC 20410.

---

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20410
January 13, 2023, 7:58 am

See All Tracking History

---

## Text & Email Updates    ⌄

---

## USPS Tracking Plus®    ⌄

---

## Product Information    ⌄

See Less ⌃

---

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

E-FILED  2023 FEB 08 3:45 PM PAGE - CLERK OF DISTRICT COURT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Des Moines IA 50320

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | $3.25 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $7.85 |

0600  05

Postmark
Here

JAN - 4 2023

01/04/2023

Sent To: ACC 944 LLC   Todd Queck   Reg Agt.
Street and Apt. No., or PO Box No. 3161 SE 22nd St.
City, State, ZIP+4® Des Moines IA 50320

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0000 7386 3260

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ACC 944 LLC
Todd Queck, Reg. Agt.
3161 SE 22nd St.
Des Moines IA 50320

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7223 1284 9795 07

2. Article Number *(Transfer from service label)*
7021 2720 0000 7386 3260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
*(over $500)*
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

E-FILED  2023 FEB 08 3:45 PM PAGE - CLERK OF DISTRICT COURT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20630

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |

0600
05

JAN   Postmark
Here

01/04/2023

Total Postage and Fees
$

Sent To   Attorney General - Merrick B Garland
Dept of Justice
Street and Apt. No., or PO Box No.   950 Pennsylvania Ave. N.W.
City, State, ZIP+4®   Washington D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7021 2720 0000 7386 3277

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General - Merrick B. Garland
U.S. Dept. of Justice
950 Pennsylvania Ave, N.W.
Washington, DC 20530-0001

9590 9402 7223 1284 9795 14

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No
   JAN 17 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 2720 0000 7386 3277

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

E-FILED  2023 FEB 08 3:45 PM PAGE - CLERK OF DISTRICT COURT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Omaha, NE 68135

OFFICIAL USE

| Certified Mail Fee | $4.00 | |
| $ | | $3.25 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 0600 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |

Postmark
Here

JAN - 4 2022

05

Postage    $0.84

Total Postage and Fees
$8.09

01/04/2023

Sent To  *Sonya Cannon*
Street and Apt. No., or PO Box No.  *5106 S 163rd St*
City, State, ZIP+4®  *Omaha NE 68135*

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7021 2720 0000 7386 3291

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

*Sonya Cannon*
*5106 S 163rd St.*
*Omaha NE 68135*

9590 9402 7223 1284 9795 38

2. Article Number *(Transfer from service label)*

7021 2720 0000 7386 3291

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Stanton IA 51573

OFFICIAL USE

Certified Mail Fee  $4.00

$ $3.25  0600  05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00    Postmark
☐ Adult Signature Required  $ $0.00    Here
☐ Adult Signature Restricted Delivery $ $0.00

JAN - 4 2022

Postage  $0.84

Total Postage and Fees  $8.09

$   01/04/2023

Sent To SUSAN ISAACSON
Street and Apt. No., or PO Box No. 2555 P Ave.
City, State, ZIP+4 Stanton IA 51573

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0000 7386 3284

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Isaacson
2555 P Ave.
Stanton IA 51573

9590 9402 7223 1284 9795 21

2. Article Number (Transfer from service label)
7021 2720 0000 7386 3284

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Susan Isaacson    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
S Isaacson    1/9/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

E-FILED  2023 MAY 23 10:16 AM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT
IN AND FOR PAGE COUNTY

| | |
|---|---|
| CITY OF ESSEX, IOWA, | ) |
| | ) Equity No. EQCV105993 |
| Plaintiff, | ) |
| | ) |
| v. | ) APPEARANCE |
| | ) |
| LARRY CLARK GLASGO, et al., | ) |
| | ) |
| Defendants. | ) |

COMES NOW Jason R. Lawrence, Assistant United States Attorney, and hereby enters

his Appearance on behalf of the United States of America in the above-captioned action.

Respectfully submitted,

Richard D. Westphal
United States Attorney


By: */s/Jason R. Lawrence*_____
Jason R. Lawrence AT0013301
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: usaias.nefiadc@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2023, I electronically filed the foregoing with the Iowa District Court, Page County Clerk of Court using the Electronic Document Management System, and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Mahlon Sorensen

*/s/Jason R. Lawrence*_____
Jason R. Lawrence
Assistant U.S. Attorney

E-FILED  2023 MAY 23 10:16 AM PAGE - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT
IN AND FOR PAGE COUNTY

| | | |
|---|---|---|
| CITY OF ESSEX, IOWA, | ) | |
| | ) | Equity No. EQCV105993 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| LARRY CLARK GLASGO, et al., | ) | ANSWER OR RESPONSE |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, for its agency, the Department of Housing and Urban Development, by Jason R. Lawrence, Assistant United States Attorney for the Southern District of Iowa, and respectfully requests an extension of time within which to move or plead and pursuant to Iowa Rule of Civil Procedure 1.441(6) states:

1. The Parties are presently attempting to resolve this matter without court intervention.

2. An answer to the Petition is due to the Court on May 23, 2023.

3. No previous motions for an extension have been filed.

4. There are no other court-imposed deadlines.

5. An extension of time will not pose a hardship on the parties.

6. Counsel for Plaintiff does not oppose the requested extension.

WHEREFORE, the Defendant respectfully prays that the Court grant an extension of time to and including June 6, 2023, to respond to Plaintiff's Petition.

E-FILED 2023 MAY 23 10:16 AM PAGE - CLERK OF DISTRICT COURT

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Jason R. Lawrence*
Jason R. Lawrence AT0013301
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: usaias.nefiadc@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2023, I electronically filed the foregoing with the Iowa District Court, Page County Clerk of Court using the Electronic Document Management System, and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Mahlon Sorensen

*/s/Jason R. Lawrence*
Jason R. Lawrence
Assistant U.S. Attorney

2

IN THE IOWA DISTRICT COURT
IN AND FOR PAGE COUNTY

CITY OF ESSEX, IOWA,                    )
                                        )    Equity No EQCV105993
          Plaintiff,                    )
                                        )
     v.                                 )    ORDER
                                        )
LARRY CLARK GLASGO, et al.,             )
                                        )
          Defendants.                   )

 

     This matter comes before the Court on the Motion for Extension of Time filed by the Defendant, United States of America, for its agency, the Department of Housing and Urban Development. The Court, having examined the Motion and being fully advised in the premises, now finds that said Motion should be granted.

     IT IS THEREFORE ORDERED that the Defendant shall have to and including June 6, 2023, in which to respond to the Plaintiff's Petition herein.

 

Copies to:

Mahlon Sorensen
Jason Lawrence

E-FILED          EQCV105993 - 2023 MAY 23 10:26 AM          PAGE
                 CLERK OF DISTRICT COURT                    Page 2 of 2

State of Iowa Courts

| Case Number | Case Title |
| --- | --- |
| EQCV105993 | CITY OF ESSEX VS LARRY CLARK GLASGO ETAL |
| **Type:** | OTHER ORDER |

So Ordered

Richard H. Davidson, District Court Judge,
Fourth Judicial District of Iowa

Electronically signed on 2023-05-23 10:26:43

## IOWA DISTRICT COURT IN AND FOR PAGE  COUNTY

| | |
|---|---|
| CITY OF ESSEX<br><br>VS.<br><br><br>SECRETARY OF HOUSING & URBAN DEVELOPMENT<br>SONYA CANNON<br>SUSAN L ISAACSON<br>US DEPARTMENT OF JUSTICE<br>ACC 944 LLC<br>LORNA RAE GLASGO<br>LARRY CLARK GLASGO | CASE NO: 04731  EQCV105993<br><br>**NOTICE OF CIVIL TRIAL-<br>SETTING CONFERENCE**<br>**(Use of this form is mandatory.)** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a  * **Trial Scheduling Conference is scheduled on 06/27/2023 at 10:15 AM  at the DIRECTIONS BELOW INDICATED FOR SCHEDULING CONFERENCE.**
*This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/ Respondent has answered or appeared unless set sooner by special order on application of one or more parties.

This conference shall be held:

**By telephone with Court Administration's conference line.  All Attorneys/Pro Se Parties shall contact the court at 1-877-304-9269 then enter conference code 527612 with Marsha Weberg, Asst Court Administration, when prompted.**       Attorneys for all parties appearing in the case shall participate at this conference.  Parties not represented by  counsel shall participate in this conference.

**Recording or rebroadcasting of a court proceeding held by video or telephone conference, including pictures, screenshots, or other visual or audio copying, is prohibited absent an expanded news media coverage order. Any violation may result in contempt of court or other sanctions. Please note judicial branch staff may be recording this proceeding.**


At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

In judicial districts that allow it, the parties may, in lieu of holding a trial-setting conference, first file their Trial Scheduling and Discovery Plan and then, prior to the date scheduled for the trial-setting conference, obtain a trial date from court administration  that complies with the provisions of Chapter 23.  The date will be entered by the Court on the Trial Scheduling and Discovery Plan.

The trial date that is agreed upon at this conference shall be a firm date.  Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

/s/ Allison Hoke, Judicial Specialist
712-328-4714

If you need assistance to participate in court due to a disability, call the disability coordinator at (712) 328-4753 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**